UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-267 MJD/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARGUERITE ANDERSON-JOHANNINGMEIER,<br><br>Defendant,<br><br>FRESHWATER EDUCATION DISTRICT,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about February 21, 2003.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about February 25, 2003. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of wages. In its Answer, the garnishee states that there is available future earnings in the amount of $4.60, under this garnishment after deductions are made for statutory witholdings and previously served garnishments.

On or about February 21, 2003, the defendant was personally served with notice of his right to a hearing as to this garnishment action. The defendant has not requested such a hearing.

(7)

FILED APR 1 4 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff, in care of the Collection Unit, United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, with checks or money orders made payable to the "U.S. Department of Justice," 25% of the non-exempt earnings, until such time as the entire debt in this matter, including accruing interest and pursuant to 28 U.S.C. § 3011, the surcharge of 10% of the total debt due, is paid in full; and

IT IS FURTHER ORDERED that the payments to be made by the garnishee under this garnishment be drawn and sent to the plaintiff as they become due and owing.

Dated: 4/14/03

Raymond L. Erickson
United States Magistrate Judge