PAYMENT HISTORY REPORT

RUN DATE: 27-APR-2005 FOR: 2000Z00065/002 PAGE: 1 OF 1

DEBTOR: Anderson-Johanningmeier, Marguerite

COURT NUMBER: 00-267 MJD

CURRENT LIABILITY BALANCE: $13,780.92

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0040 | PMNT | WA | 19-APR-2004 | GR/G | Freshwater | MN /04/141 | 74906 | | $4.60 | 19-APR-2004 |
| 0041 | PMNT | WA | 29-APR-2004 | GR/G | Freshwater | MN /04/149 | 75028 | | $4.60 | 29-APR-2004 |
| 0042 | PMNT | WA | 14-MAY-2004 | GR/G | FRESHWATER EDUCATION | MN /04/160 | 75215 | | $4.60 | 14-MAY-2004 |
| 0043 | PMNT | WA | 28-MAY-2004 | GR/G | FRESHWATER ED DIST | MN /04/169 | 75408 | | $4.60 | 28-MAY-2004 |
| 0044 | PMNT | WA | 14-JUN-2004 | GR/G | FRESHWATER ED DIST | MN /04/178 | 75424 | | $4.60 | 14-JUN-2004 |
| 0045 | PMNT | WA | 25-JUN-2004 | GR/G | FRESHWATER ED DIST | MN /04/187 | 75693 | | $4.60 | 25-JUN-2004 |
| 0046 | PMNT | WA | 24-AUG-2004 | GR/G | Freshwater | MN /04/231 | 76365 | | $39.60 | 24-AUG-2004 |
| 0047 | PMNT | WA | 03-SEP-2004 | GR/G | Freshwater | MN /04/239 | 76487 | | $39.60 | 03-SEP-2004 |
| 0048 | PMNT | WA | 17-SEP-2004 | GR/G | FRESHWATER ED DIST | MN /04/248 | 76659 | | $39.60 | 17-SEP-2004 |
| 0049 | PMNT | WA | 01-OCT-2004 | GR/G | FRESHWATER ED DIST | MN /05/001 | 76786 | | $39.60 | 01-OCT-2004 |
| 0050 | PMNT | WA | 15-OCT-2004 | GR/G | FRESHWATER ED DIST | MN /05/010 | 77006 | | $39.60 | 15-OCT-2004 |
| 0051 | PMNT | WA | 29-OCT-2004 | GR/G | FRESHWATER ED DIST | MN /05/019 | 77134 | | $39.60 | 29-OCT-2004 |
| 0052 | PMNT | WA | 12-NOV-2004 | GR/G | FRESWATER ED DIST | MN /05/026 | 77150 | | $39.60 | 12-NOV-2004 |

Total Payments for Debtor: $419.80