CERTIFICATE OF SERVICE BY MAIL

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
) Civil No. 00-267 MJD/RLE
)
MARGUERITE ANDERSON-JOHANNINGMEIER, )
)
Defendant. )

I hereby certify that on April 29, 2005, I served, or caused to be served, the following documents:

NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Marguerite Anderson-Johanningmeier
XXXXX XXXXX XXXXXX
XXXX XXX XX
Cushing, MN 56443

Freshwater Education District
1100 Fifth Street Northeast
Staples, MN 56479

s/Becky L. Nye